# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CSB BANK,

    Defendant.

Case No. 2:13-cv-13390-BAF-DRG

## ORDER OF COURT

AND NOW, this 13th day of December, 2013, upon consideration of the Parties' Stipulation of Dismissal (Dkt. #10), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of any alleged class members.

December 13, 2013

BY THE COURT:

s/ Bernard A. Friedman
Bernard A. Friedman,
U. S. DISTRICT COURT JUDGE